**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:

AMY ROSENFELD,  Case No. 14-54351-TJT
a/k/a AMY GARON-ROSENFELD,  Chapter 7
　　　　　　　　　　　　　　　　　JUDGE THOMAS J. TUCKER
　　　　Debtor.
_____/

K. JIN LIM, CHAPTER 7 BANKRUPTCY
TRUSTEE OF THE ESTATE OF
AMY ROSENFELD,  Adversary Proceeding
　　　　　　　　　　　　　　　　　No. 16-04636-TJT

　　　　Plaintiff,

vs.

TRANSAMERICA LIFE INSURANCE
COMPANY, ET AL.,

　　　　Defendants.
_____/

**STIPULATED ORDER DISMISSING TRANSAMERICA LIFE INSURANCE COMPANY WITHOUT PREJUDICE AND WITHOUT COSTS, INTEREST, OR ATTORNEYS' FEES**

Based on the stipulation filed on September 14, 2016 (Docket # 18),

IT IS ORDERED that Defendant Transamerica Life Insurance Company is dismissed from this adversary proceeding, without prejudice and without costs, interest, or attorneys' fees.

**Signed on September 14, 2016**

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge